## AFFIDAVIT OF PROCESS SERVER

United States District Court for the Southern District of New York

Flat Rate Movers, Ltd. (d/b/a Flat Rate Moving)

    Plaintiff(s),

VS.

FlatRate Moving & Storage, Inc.

    Defendant(s).

Attorney: Jonathan Walsh

Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Ave.
New York NY 10178



*65234*

Case Number: 13CV0059

Legal documents received by Serving by Irving, Inc. on **01/10/2013 at 3:26 PM** to be served upon **Dikla Marwani at 13810 Bauer Dr., Rockville, MD 20853**

I, **Brandon Ogilvie**, swear and affirm that on **January 10, 2013 at 10:18 PM**, I did the following:

**Personally Served Dikla Marwani** the person listed as the intended recipient of the legal document with this **Summons in a Civil Action; Civil Cover Sheet; Rule 7.1 Statement; Complaint; Individual Practices of Judge Miriam Goldman Cedarbaum; ECF Rules & Instructions at 13810 Bauer Dr., Rockville, MD 20853.**

**Description of Person Accepting Service:**
Sex: Female Age: 35-45 Height: 5"4"-5"8" Weight: 161-200 lbs Skin Color: Unknown Hair Color: Blonde

**Supplemental Data Appropriate to this Service:** On 01-15-2013, a copy of the legal documents were mailed to FlatRate Moving & Storage, Inc., c/o Diklaw Marwani at the address listed above, via first class mail.

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Brandon Ogilvie**
Process Server

**Serving by Irving, Inc.**
233 Broadway, Suite 2201
New York NY 10279

212-233-3346

Internal Job ID:65234

District of Columbia: SS
Subscribed and Sworn to before me,
this 15th day of January, 2013

Andrew Youkil, Notary Public, D.C.
My commission expires September __, 2014

## AFFIDAVIT OF PROCESS SERVER

United States District Court for the Southern District of New York

Flat Rate Movers, Ltd. (d/b/a Flat Rate Moving)

    Plaintiff(s),

VS.

FlatRate Moving & Storage, Inc.

    Defendant(s).

Attorney: Jonathan Walsh

Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Ave.
New York NY 10178


*64956*

Case Number: 13CV0059

Legal documents received by Serving by Irving, Inc. on **01/03/2013 at 5:30 PM** to be served upon **FlatRate Moving & Storage, Inc. at 13810 Bauer Dr., Rockville, MD 20853**

I, **Brandon Ogilvie**, swear and affirm that on **January 04, 2013 at 8:51 AM**, I did the following:

**NON-SERVED:** After careful inquiry and diligent attempts, I was unable to serve **FlatRate Moving & Storage, Inc.** the **Summons in a Civil Action; Civil Cover Sheet; Rule 7.1 Statement; Complaint; Individual Practices of Judge Miriam Goldman Cedarbaum; ECF Rules & Instructions** for the reason that I failed to find the subject or information as to the location of the subjects' whereabouts.

**Supplemental Data Appropriate to this Service:** The following is an attempt at serving Moshe Aloush as owner:

| Date/Time | Address | Remarks |
|---|---|---|
| 01/04/2013-8:51 AM | 13810 Bauer Dr. Rockville, MD 20853 | Attempted to serve the defendant at the address provided and found the address to be a residence. Process server spoke to Moshe Aloush's sister-in-law who stated the subject does not reside at the address. She did provide the subject's telephone number of: 917-773-2776. Process server spoke to Moshe Aloush, via telephone, but the subject refused to make himself available for service of process. |

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Brandon Ogilvie**
Process Server

Serving by Irving, Inc.
233 Broadway, Suite 2201
New York NY 10279

212-233-3346

Internal Job ID:64956

District of Columbia: SS
Subscribed and Sworn to before me
this 15th day of January 2013

Andrew Young, Notary Public
My commission expires September 1, 2017

## AFFIDAVIT OF PROCESS SERVER

### United States District Court for the Southern District of New York

Flat Rate Movers, Ltd. (d/b/a Flat Rate Moving)

    Plaintiff(s),

VS.

FlatRate Moving & Storage, Inc.

    Defendant(s).

Attorney: Jonathan Walsh

Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Ave.
New York NY 10178

*64993*

**Case Number:** 13CV0059

Legal documents received by Serving by Irving, Inc. on **01/04/2013 at 3:59 PM** to be served upon FlatRate Moving & Storage, Inc. at 11794 Parklawn Dr., Rockville, MD 20852

I, Charles Onwukwe, swear and affirm that on **January 07, 2013 at 4:03 PM**, I did the following:

**NON-SERVED:** After careful inquiry and diligent attempts, I was unable to serve FlatRate Moving & Storage, Inc. the **Summons in a Civil Action; Civil Cover Sheet; Rule 7.1 Statement; Complaint; Individual Practices of Judge Miriam Goldman Cedarbaum; ECF Rules & Instructions** for the reason that I failed to find the subject or information as to the location of the subjects' whereabouts.

**Supplemental Data Appropriate to this Service:** The following is an attempt at serving Moshe Aloush as owner:

| Date/Time | Address | Remarks |
|---|---|---|
| 01/07/2013-4:03 PM | 11794 Parklawn Dr. Rockville, MD 20852 | Attempted to serve the subject at the address provided but the defendant and Moshe Aloush are unknown at the address per an employee who works with a Internet company that occupies the address. Process server spoke to Moshe Aloush, via telephone advising him of the legal documents, and the subject would not meet with the process server to accept service. Mr. Aloush's telephone number is 917-773-2776. |

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
Charles Onwukwe
Process Server

Serving by Irving, Inc.
233 Broadway, Suite 2201
New York NY 10279

212-233-3346

Internal Job ID:64993

District of Columbia: SS
Subscribed and Sworn to before me
this _11_ day of _January_, 2013

_____
Keisha O. Brothers, Notary Public, D.C.
My commission expires February 14, 2016

## AFFIDAVIT OF PROCESS SERVER

### United States District Court for the Southern District of New York

Flat Rate Movers, Ltd. (d/b/a Flat Rate Moving)

    Plaintiff(s),

vs.

FlatRate Moving & Storage, Inc.

    Defendant(s).

Attorney: Jonathan Walsh

Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Ave.
New York NY 10178

*65233*

Case Number: 13CV0059

Legal documents received by Serving by Irving, Inc. on **01/10/2013 at 3:23 PM** to be served upon **FlatRate Moving & Storage, Inc. at 1903 Seminary Rd., Silver Spring, MD 20910**

I, Brandon Ogilvie, swear and affirm that on **January 10, 2013 at 9:20 PM**, I did the following:

**NON-SERVED:** After careful inquiry and diligent attempts, I was unable to serve **FlatRate Moving & Storage, Inc.** the **Summons in a Civil Action; Civil Cover Sheet; Rule 7.1 Statement; Complaint; Individual Practices of Judge Miriam Goldman Cedarbaum; ECF Rules & Instructions** for the reason that I failed to find the subject or information as to the location of the subjects' whereabouts.

Supplemental Data Appropriate to this Service:

| Date/Time | Address | Remarks |
|---|---|---|
| 01/10/2013-9:21 PM | 1903 Seminary Rd. Silver Spring, MD 20910 | Attempted to serve the subject at the address provided and observed the address to be a business address. Process server observed the address to be a split level business with a psychic readings business on the upper level and a hair salon on the first level. Process server observed both businesses closed at the time of the attempt. Process server noted a telephone number for the hair salon and contacted the hair salon, via telephone, who stated the subject is unknown at the address. An employee within the hair salon stated the psychic readings business moved out two months ago and the upper floor is currently unoccupied. The hair salon's telephone number is 301-326-1717. |

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Brandon Ogilvie**
Process Server

Serving by Irving, Inc.
233 Broadway, Suite 2201
New York NY 10279

212-233-3346

Internal Job ID:65233

District of Columbia: SS
Subscribed and Sworn to before me,

this 15th day of January 2013

My commission expires

## AFFIDAVIT OF PROCESS SERVER

United States District Court for the Southern District of New York

Flat Rate Movers, Ltd. (d/b/a Flat Rate Moving)

    Plaintiff(s),

vs.

FlatRate Moving & Storage, Inc.

    Defendant(s).

Attorney: Jonathan Walsh

Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Ave.
New York NY 10178

*65894*

Case Number: 13CV0059

Legal documents received by Serving by Irving, Inc. on **01/08/2013** at **12:10 PM** to be served upon **FlatRate Moving & Storage, Inc. at 5704 Grosvenor Ln. , Bethesda, MD 20814**

I, **Michael Mosquera**, swear and affirm that on **January 14, 2013** at **7:12 AM**, I did the following:

**NON-SERVED:** After careful inquiry and diligent attempts, I was unable to serve **FlatRate Moving & Storage, Inc.** the **Summons in a Civil Action; Civil Cover Sheet; Rule 7.1 Statement; Complaint; Individual Practices of Judge Miriam Goldman Cedarbaum; ECF Rules & Instructions** for the reason that I failed to find the subject or information as to the location of the subjects' whereabouts.

Supplemental Data Appropriate to this Service: The following is an attempt at serving Moshe Aloush as owner:

| Date/Time | Address | Remarks |
| --- | --- | --- |
| 01/08/2013-4:00 PM | 5704 Grosvenor Ln. Bethesda, MD 20814 | Attempted to serve the defendant at the address provided and spoke to employee with New York Life who stated the defendant and Moshe Aloush are unknown at the address. |
| 01/12/2013-9:51 AM | 13810 Bauer Dr. Rockville, MD 20853 | Received no response from within the residence. Process server observed no movement or activity from within the residence. |
| 01/14/2013-7:12 PM | 13810 Bauer Dr. Rockville, MD 20853 | Received no response from within the residence. Process server observed no movement or activity from within the residence. |

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
Michael Mosquera
Process Server

Serving by Irving, Inc.
233 Broadway, Suite 2201
New York NY 10279

212-233-3346

Internal Job ID:65094

District of Columbia: SS
Subscribed and Sworn to before me
this __17__ day of __January__, 2013

_____
Keisha O. Brothers, Notary Public, D.C.
My commission expires February 14, 2016